**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| ROGER CARROLL BURGESS | : Case No. |
| | : Chapter 7 |
| **Debtor** | : |
| | : **17-64941** |

**STATEMENT REGARDING PAYMENT ADVICES (11 U.S.C. §521(a)(1))**

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☐ I am self-employed; or

☑ My employer did not provide pay stubs.

☐ Other _____

Dated: 8-16-17                                   _____
                                                                Debtor