# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE: ) Case No.: 17-64941
Rojer Burgess ) Judge: Monro
) Chapter: 7

Debtor(s)

## AMENDMENT

Filing to ADD Landlord on lease, that was left out by mistake.

Dated: 1/16/2018    Signature(s): [signature]

Printed Name(s): Rojer Burgess

Address: 1601 Sujts Piva Dr.
Conyers GA 30094

Phone: 404 805-0238

[Filed stamp: 2018 JAN 16 PM 3:41, M. REGINA THOMAS CLERK, U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA]

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor | ROGER<br>First Name | C<br>Middle Name | BURGESS<br>Last Name |
| Debtor 2<br>(Spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: Northern District of Georgia | | | |
| Case number<br>(If known) | 17-64941 | | |

☑ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **FRED AND MAXINE JONES**<br>Name<br>PO BOX 1499<br>Number  Street<br>LITHONIA    GA    30094<br>City       State  ZIP Code | MONTH TO MONTH LEASE FOR HOME AT 1601 SUGAR PLUM DRIVE, CONYERS GA 30094 |
| 2.2 | Name<br>Number  Street<br>City       State  ZIP Code | |
| 2.3 | Name<br>Number  Street<br>City       State  ZIP Code | |
| 2.4 | Name<br>Number  Street<br>City       State  ZIP Code | |
| 2.5 | Name<br>Number  Street<br>City       State  ZIP Code | |

Official Form 106G        Schedule G: Executory Contracts and Unexpired Leases        page 1 of 1

# SUPPLEMENTAL LIST OF CREDITORS

| If creditor(s) are being added, you must complete a supplemental list of creditors. This supplemental list of creditors should include only the name(s) and mailing address of the <u>added</u> creditor(s). | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |
|---|---|

| | |
|---|---|
| Fred And Maxine Jones<br>PO Box 1499<br>Lithonia GA 30058 | |
| | |
| | |
| | |
| | |
| | |
| | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: ROGER CARROLL BURGESS        )        Case No: 17-64941
                                    )
                                    )        Chapter  7
                                    )
                                    )
    Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the _16th_ day of _Jan_, 20_18_, I served a copy of

UPDATED SCHEDULE G

which was filed in this bankruptcy matter on the _28_ day of _August_, 20_17_.

---

Mode of service (check one):    ● MAILED        ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

S. Gregory Hayes
Suite 555
2964 Peachtree Rd    Atl. GA    30305

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated:  1-16-2018            Signature: _____

Printed Name: ROGER CARROLL BURGESS

Address: 1601 SUGAR PLUM DRIVE
         CONYERS, GA 30094

Phone: 4048090288

(Generic Certificate of Service – Revised 4/13)

U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01245393 (RS) OF 01/16/2018

| ITEM | CODE | CASE | QUANTITY | AMOUNT | BY |
|---|---|---|---|---|---|
| 1 | AM2 | 17-64941<br>Judge - Barbara Ellis-Monro<br>Debtor - ROGER CARROLL BURGESS | 1 | $ 31.00 | Currency |

TOTAL:                                                       $ 31.00

FROM: Roger Carroll Burgess
      1601 Sugar Plum Drive, SW
      Conyers, GA 30094