# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1

**Case No.:** 17-64941-SMS  
**Case Name:** BURGESS, ROGER CARROLL  
**For Period Ending:** 06/30/2018

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 08/28/2017 (f)  
**§ 341(a) Meeting Date:** 09/28/2017  
**Claims Bar Date:**

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2017 DODGE JOURNEY, 4500 miles | 23,718.00 | 0.00 | | 0.00 | FA |
| 2 | WASHER/DRYER SET,FREZZER.RIFRIDGEATOR,LIENS,KITCHENWARES | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | 32"TV,HOME CPU AND PRINTER,I-PHONE6,STERO,SPEAKERS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | TOOLS AND STORAGE CHEST | 500.00 | 0.00 | | 0.00 | FA |
| 5 | EVERYDAY CLOTHES AND SHOES | 800.00 | 0.00 | | 0.00 | FA |
| 6 | WATCH | 45.00 | 0.00 | | 0.00 | FA |
| 7 | INSULIN PUMP | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | Deposits of money: Checking account  Asset imported in error. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401 (k) or similar plan: GWINNETTE PUBLIC SCHOOL SYSTEM | 3.00 | 0.00 | | 0.00 | FA |
| 10 | Cash | 40.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets    Totals    (Excluding unknown values)** | **$30,606.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case dismissed in error and reopened prior to first 341 meeting. The 341 meeting held in November 2017 was not concluded on the docket until 7/31/18.  This is a no-asset case. The NDR filed on 7/2/18.

**Initial Projected Date Of Final Report (TFR):** 07/02/2018  
**Current Projected Date Of Final Report (TFR):** 07/02/2018

07/31/2018  
Date

/s/S. Gregory Hays  
S. Gregory Hays