UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| ROGER CARROLL BURGESS, | ) | CASE NO. 17-64941-SMS |
| DEBTOR. | ) | |

## MOTION TO REOPEN

COMES NOW Nancy J. Gargula, United States Trustee for Region 21, and, pursuant to Bankruptcy Code section 350(b) and Federal Rule of Bankruptcy Procedure 5010, moves the Court to reopen this case. In support of this motion, the United States Trustee shows as follows.

1.

Roger Carroll Burgess ("Debtor") commenced this case on August 28, 2017, by filing a petition for relief under chapter 7.

2.

S. Gregory Hays was appointed and served as chapter 7 trustee ("Trustee").

3.

On November 7, 2017, Trustee held and concluded the section 341 meeting. On July 2, 2018, the trustee filed a report of no distribution based on information known to him that time.

4.

On August 2, 2018, the Court granted a discharge to the debtor and closed the estate.

5.

Recently Trustee was contacted by an attorney representing the Debtor in a class action, personal injury claim action claim regarding a proposed settlement and a proposed net payment to the Debtor. Trustee believes the Debtor originally engaged the attorney pre-petition; however, the asset was not listed in the Debtor's schedules nor discussed at the 341 meeting.

6.

Bankruptcy Code section 350 authorizes the Court to reopen a case to administer assets, to accord relief to the debtor, or for other cause.

7.

It appears the funds would be property of the estate and that administration of the asset might result in a meaningful distribution to unsecured creditors.

8.

Federal Rule of Bankruptcy Procedure 5010 provides that a case may be reopened on motion of the debtor or other party in interest. The United States Trustee is a party in interest and has standing to raise, appear, and be heard on any issue in any case. 11 U.S.C. § 307.

9.

The United States Trustee requests the Court reopen the case and direct the United States Trustee to appoint a trustee who can investigate and, if appropriate, administer assets that are property of the estate.

10.

Pursuant to the Bankruptcy Court Miscellaneous Fee Schedule, effective September 1, 2018, the United States Trustee should not be charged with the fee for reopening this case.

WHEREFORE, the United States Trustee moves the Court reopen this case and direct the United States Trustee to appoint a chapter 7 trustee.

DATED: January 20, 2021

NANCY J. GARGULA
United States Trustee, Region 21

*s/ Shawna Staton*
Shawna Staton
Georgia Bar No. 640220
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
Shawna.P.Staton@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that January 20, 2021, I caused a copy of this motion to be served upon the

following persons by U.S. Mail, postage paid, addressed as follows.

Roger Carroll Burgess
1601 Sugar Plum Drive, SW
Conyers, GA 30094

Roger Carroll Burgess
2612 Leeland Dr.
Augusta, GA 30909

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Wendy C. Elsey
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098

*s/ Shawna Staton*
Shawna Staton
Georgia Bar No. 640220