**IT IS ORDERED as set forth below:**



**Date: January 21, 2021**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ROGER CARROLL BURGESS | ) | CASE NO. 17-64941-SMS |
| | ) | |
| DEBTOR. | ) | |

### ORDER REOPENING CASE

This matter arises on the United States Trustee's Motion to Reopen (Dkt. No. 41) (the "Motion").  Good cause appears for granting the Motion. Accordingly, it is hereby

ORDERED that the Motion is *granted* and this case is *reopened.*

The United States Trustee is directed to appoint a trustee to serve in this case.

[END OF DOCUMENT]

Prepared by:
s/ *Shawna Staton*
Shawna Staton
Georgia Bar No. 640220
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
shawna.p.staton@usdoj.gov

DISTRIBUTION LIST

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Wendy C. Elsey
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098

Roger Carroll Burgess
2612 Leeland Dr.
Augusta, GA 30309

Roger Carroll Burgess
1601 Sugar Plum Drive SW
Conyers, GA 30094