PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

### Request for Change of Address

Case Name: ROGER CARROLL BURGESS

Case No.: 17-69641        Chapter: 7

*Filed in U.S. Bankruptcy Court, Atlanta, Georgia JAN 29 2021 By: M. Regina Thomas, Clerk / Deputy Clerk*

**Change of Address for:**
Debtor [✔]   Creditor [ ]   Attorney for Debtor [ ]   Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]   Payments ONLY [ ]   Notices and Payments [✔]

EFFECTIVE DATE OF CHANGE: 01/29/2021

Name: ROGER CARROLL BURGESS

Prior Address: 1601 SUGAR PLUM DRIVE
CONYERS GA 30094

*****************************************************************

New Address: ROGER CARROLL BURGESS
2612 LELAND DRIVE
AUGUSTA, GA 30909

Change of Address Was Furnished By:   Debtor [✔]   Creditor [ ]   Attorney [ ]

Date: 01/29/2021        Signature of Filer: _____
                        Telephone Number: 404-809-0288

| IF FILED BY ATTORNEY |
|---|

Attorney Name:
Bar ID:
Address:

Revised August 2012