UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-64941-SMS |
| | : | |
| ROGER CARROLL BURGESS, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, as Chapter 7 Trustee, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ROGER CARROLL BURGESS, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**" or "**Applicant**") for the bankruptcy estate of Roger Carroll Burgess ("**Debtor**"), and files *Trustee's Objection to Claimed Exemptions* (the "**Objection**"), respectfully showing the Court as follows:

**Jurisdiction and Venue**

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409).

16251114v1

## Background Facts and Relief Requested

*a. General Facts and Available Assets*

2.

Debtor initiated the underlying bankruptcy case (the "**Case**" or "**Bankruptcy Case**") by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") on August 28, 2017.

3.

Trustee was thereafter appointed and remained the duly acting Chapter 7 trustee in this Case. On September 22, 2017, the Case was dismissed for Debtor's failure to pay filing fee. [Doc. No. 12]. On October 6, 2017, the Court entered an Order vacating the dismissal and extending the deadline to object to discharge and dischargeability. [Doc. No. 18].

4.

On August 2, 2018, the Court entered an order discharging Debtor and closing the Bankruptcy Estate. [Doc. No. 39].

5.

On January 20, 2021, Nancy J. Gargula, United States Trustee for Region 21, filed a *Motion to Reopen* after the Trustee was contacted by an attorney representing the Debtor in a class action law suit related to a personal injury action claim (the "**Litigation**") and a proposed settlement and a proposed net payment to the Debtor (the "**Settlement**").

6.

On January 21, 2021, the Court granted the Motion to Reopen the Case. [Doc. No. 42].

7.

Trustee was reappointed Chapter 7 trustee in the Case. [Doc. No. 49]. Notably, Debtor is proceeding *pro se* in this matter.

8.

At the commencement of Debtor's bankruptcy case, a bankruptcy estate was created under 11 U.S.C. § 541(a) (the "**Bankruptcy Estate**"), and it includes all Debtor's legal or equitable interests in property as of the commencement of the Bankruptcy Case and any interest in property that it acquires after commencement of the Bankruptcy Case. 11 U.S.C. § 541(a)(1) and (7) (2018).

### b. The Property Interest

9.

On January 29, 2021, Debtor filed an amended *Schedule A/B: Property* and scheduled total assets in the amount of $55,215.70. [Doc. No. 44, Page 7 of 10].

### c. Debtor's Claimed Exemptions

10.

On his amended *Schedule C: The Property You Claim as Exempt*, which was also filed on January 29, 2021, Debtor scheduled an exemption in "Lawsuit Settled" in the full scheduled value of the Settlement in the amount of $48,796.25 (the "**Exemption**").[1] [Doc. No. 44, Page 9 of 10].

---

[1] The deadline to object to this improperly claimed exemption is February 28, 2021. *See* Fed. R. Bankr. P. 4003(b).

16251114v1

**Objection to Claimed Exemptions**

11.

Pursuant to O.C.G.A. § 44-13-100(b), the State of Georgia has opted out of the federal exemption scheme and follows its own state-provided exemptions as set forth in O.C.G.A. § 44-13-100(a). *See* Ga. Code Ann. 44-13-100.

12.

Under Rule 4003(b) of the Federal Rules of Bankruptcy Procedure, Trustee and other parties have thirty (30) days from the conclusion of the 341 Meeting or within thirty (30) days after any amendment to the list or supplemental schedule is filed, whichever is later, to file an objection to exemptions. Fed. R. Bankr. P. 4003.

13.

Under O.C.G.A. § 44-13-100(a)(11)(D), a debtor may exempt a payment on account of a personal bodily injury in an amount not to exceed $10,000.00.

14.

Under O.C.G.A. § 44-13-100(a)(6), a debtor may exempt debtor's aggregate interest, not to exceed $1,200.00 in value plus any unused amount of exemption not to exceed $10,000.00 provided under O.C.G.A. § 44-13-100(a)(1).

15.

Nevertheless, Debtor has exceeded the amount of exemption to which he is entitled under O.C.G.A. § 44-13-100(a)(11)(D), and he has exceeded the amount of exemption to which he is entitled under O.C.G.A. § 44-13-100(a)(6).

16251114v1

16.

Applying the dollar limits set forth in O.C.G.A. § 44-13-100, Debtor is only entitled to an exemption in the Settlement in the amount of $21,160.00 (the $10,000.00 exemption available under (a)(11)(D) and $11,160.00 exemption under (a)(6)). Trustee requests an order from the Court limiting Debtor's exemption in the Settlement to this $21,160.00.

WHEREFORE, Trustee prays that the Court sustain the Objection and that the Court grant such other and further relief deemed just and proper.

Respectfully submitted this 25th day of February, 2021.

                                                  ARNALL GOLDEN GREGORY LLP
*Proposed Attorneys for Trustee*

By: */s/ Michael J. Bargar*

| | |
|---|---|
| 171 17th Street, NW, Suite 2100 | Michael J. Bargar |
| Atlanta, GA 30363 | Georgia Bar No. 645709 |
| (404) 873-8500 | michael.bargar@agg.com |

16251114v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-64941-SMS |
| | : | |
| ROGER CARROLL BURGESS, | : | CHAPTER 7 |
| | : | |
|    Debtor. | : | |
| | : | |
| | : | |
| S. GREGORY HAYS, as Chapter 7 Trustee, | : | |
| | : | |
|    Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ROGER CARROLL BURGESS, | : | |
| | : | |
|    Respondent. | : | |
| | : | |

**NOTICE OF HEARING**

     **PLEASE TAKE NOTICE** that S. Gregory Hays, the Chapter 7 Trustee (the "**Trustee**"), has filed *Trustee's Objection to Claimed Exemptions*.

     **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Objection in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 10:30 A.M. on March 31, 2021.

     Your rights may be affected by the Court's ruling on this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the Court to grant the relief sought in this pleading or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. **However, given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.** You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Suite 1340, Richard B. Russell Federal Building, 75 Ted Turner Drive,

16251114v1

SW, Atlanta, Georgia 30303. You must also mail a copy of your response to counsel for the Chapter 7 Trustee, Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, N.W. Suite 2100, Atlanta, Georgia 30363-1031.

Dated: February 25, 2021

ARNALL GOLDEN GREGORY LLP
*Proposed Attorneys for Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar

171 17th Street, N.W., Suite 2100
Atlanta, GA 30363

Georgia Bar No. 645709
michael.bargar@agg.com
Tel: 404.873.8500

16251114v1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *Trustee's Objection to Claimed Exemptions* and *Notice of Hearing* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class mail to the following entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Roger Carroll Burgess
2612 Leland Drive
Augusta, GA 30909

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

This 25th day of February, 2021.

/s/ *Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

16251114v1