**IT IS ORDERED as set forth below:**

**Date: February 25, 2021**



_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-64941-SMS |
| ROGER CARROLL BURGESS, | : | CHAPTER 7 |
| Debtor. | : | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS, SUBJECT TO OBJECTION**

On February 25, 2021, S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of Arnall Golden Gregory LLP ("**AGG**" or "**Applicant**") as attorneys for Trustee [Doc. No. 60] (the "**Application**"). The Application and accompanying verified statement demonstrate that AGG is a firm of attorneys qualified to practice in this Court, that Applicant is disinterested and represents no interest adverse to Debtor or the estate. As this case justifies employment of a professional for the purpose specified

16249991v1

it is hereby

**ORDERED** that under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ Applicant as Trustee's attorney during this Chapter 7 case.  It is further

**ORDERED** that compensation shall be paid to AGG upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application.  It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order.  Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed counsel for Trustee.  If an objection is timely filed, then proposed counsel for Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, Trustee, and the objecting party.

### [END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, GA  30363
(404) 873-8500

*Proposed Attorneys for Trustee*

16249991v1

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Roger Carroll Burgess
2612 Leland Drive
Augusta, GA 30909

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA  30363-1031

16249991v1