**IT IS ORDERED as set forth below:**

**Date: April 7, 2021**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-64941-SMS |
| ROGER CARROLL BURGESS, | : | CHAPTER 7 |
| Debtor. | : | |
| S. GREGORY HAYS, as Chapter 7 Trustee, | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| ROGER CARROLL BURGESS, | : | |
| Respondent. | : | |

**ORDER ON OBJECTION TO CLAIMED EXEMPTIONS**

On February 25, 2021, S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Roger Carroll Burgess ("**Debtor**"), filed *Trustee's Objection*

16387878v1

*to Claimed Exemptions* [Doc. No. 61] (the "**Objection**"), seeking, among other things, an order from the Court disallowing Debtor's claimed exemption (the "**Exemption**") in a certain settlement (the "**Settlement**") of a certain personal injury claim asserted in a multi-district class action litigation (the "**Litigation**") in the amount of $48,796.25. More particularly, Trustee asserts that Debtor is entitled to an exemption in the Settlement in the amount of $21,160.00 (i.e., a $10,000.00 exemption under O.C.G.A. § 44-13-100(a)(11)(D) and an $11,160.00 exemption under O.C.G.A. § 44-13-100 (a)(6)).

Also on February 25, 2021, Trustee filed a notice of hearing [Doc. No. 61] (the "**Notice**"), setting a hearing on the Objection on March 31, 2021 (the "**Hearing**"). Counsel for Trustee certifies that he served the Objection and Notice on all necessary parties in interest, including Debtor. [Doc. No. 61].

No one filed a response to the Objection.

Counsel for Trustee appeared at the calendar call for the Hearing. No party in interest appeared to object to the relief that Trustee requested in the Objection.

The Court having considered the Objection and the entire record in this matter; and, for good cause shown, it is hereby

**ORDERED** that the Objection is **SUSTAINED**: Debtor is allowed an Exemption in the Settlement of the Litigation in the amount of $21,160.00, calculated as follows: a $10,000.00 exemption under O.C.G.A. § 44-13-100(a)(11)(D), and an $11,160.00 exemption under O.C.G.A. § 44-13-100 (a)(6).

**[END OF DOCUMENT]**

16387878v1

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
(404) 873-7030 Telephone
(404) 873-7031 Facsimile


**Identification of parties to be served**:

Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303

Roger Carroll Burgess, 2612 Leland Drive, Augusta, GA 30909

S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363

16387878v1