# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**  17-64941-SMS

**Case Name:**  BURGESS, ROGER CARROLL

**For Period Ending:**  06/30/2021

**Trustee Name:**  (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**  08/28/2017 (f)

**§ 341(a) Meeting Date:**  09/28/2017

**Claims Bar Date:**  05/05/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 2017 DODGE JOURNEY, 4500 miles (See Footnote) | 23,718.00 | 0.00 | OA | 0.00 | FA |
| 2 | WASHER/DRYER COMBO, REFIRGEARTOR,KiTCHENWARE, FURNITURE<br>Asset abandoned per Section 554(c) on 8/2/18. | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 3 | LED 32 TV, CPU & PRINTER, STERO &SPEAKERS<br>Asset abandoned per Section 554(c) on 8/2/18. | 500.00 | 0.00 | OA | 0.00 | FA |
| 4 | TOOLS AND STORAGE CHEST<br>Included on original schedules but not on amended schedules.  Asset abandoned per Section 554(c) on 8/2/18. | 500.00 | 0.00 | OA | 0.00 | FA |
| 5 | EVERYDAY WEAR NO DESINGER ITEMS<br>Asset abandoned per Section 554(c) on 8/2/18. | 350.00 | 0.00 | OA | 0.00 | FA |
| 6 | A DIGITAL WATCH<br>Asset abandoned per Section 554(c) on 8/2/18. | 45.00 | 0.00 | OA | 0.00 | FA |
| 7 | INSULIN PUMP<br>Asset abandoned per Section 554(c) on 8/2/18. | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | Deposits of money: Checking account<br>Asset imported in error. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401 (k) or similar plan: GWINNETTE PUBLIC SCHOOL SYSTEM<br>Included on original schedules but not on amended schedules. Exemption amount amended. Asset abandoned per Section 554(c) on 8/2/18. | 3.00 | 0.00 | OA | 0.00 | FA |
| 10 | Cash<br>Value amended from $40 to $20. Asset abandoned per Section 554(c) on 8/2/18. | 20.00 | 0.00 | OA | 0.00 | FA |
| 11 | Class Action Medical Claim Settlement (u)<br>Order allowing exemption of $21,160 entered on April 8, 2021, Dkt # 66. | 48,796.25 | 27,636.24 | | 0.00 | 115,530.95 |
| 12 | Security Deposit (u)<br>Included on Schedule C of amended schedules but not on amended Schedule B. Added based on intent of pro se debtor. This is likely a post petition asset as it was not listed on original schedules. | 1,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 2

**Case No.:**   17-64941-SMS

**Case Name:**   BURGESS, ROGER CARROLL

**For Period Ending:**   06/30/2021

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   08/28/2017 (f)

**§ 341(a) Meeting Date:**   09/28/2017

**Claims Bar Date:**   05/05/2021

| | 1 | | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12 | Assets | Totals | (Excluding unknown values) | $79,432.25 | $27,636.24 | | $0.00 | $115,530.95 |

RE PROP# 1        Included on original schedules but not on amended schedules. Asset abandoned per Section 554(c) on 8/2/18.

---

**Major Activities Affecting Case Closing:**

8/2/2018 - The case was filed on 8/28/2017. On 11/7/17, Trustee held and concluded the section 341 meeting. On July 2, 2018, the trustee filed a report of no distribution based on information known to him that time and the case was closed as a no asset case on 8/2/2018.

January 2021 - Trustee was contacted by an attorney representing the Debtor in a class action, personal injury claim action claim regarding a proposed settlement and a proposed net payment to the Debtor.

1/21/21 - An order was reopened the case and Trustee was reappointed on 2/2/2021.

4/8/21 - An order was entered approving the Trustee's objection to the Debtor's exemption in the personal injury claim.

5/13/21 - An order was entered approving the Trustee's application to employ special counsel in the personal injury claim.

7/14/21 - The settlement terms including liens and expenses have been resolved and the Trustee anticipates filing a motion requesting authority to approve the settlement.

**Initial Projected Date Of Final Report (TFR):**        07/02/2018

**Current Projected Date Of Final Report (TFR):**        12/31/2022

07/30/2021
_____
Date

/s/S. Gregory Hays
_____
S. Gregory Hays