UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-64941-SMS |
| | : | |
| ROGER CARROLL BURGESS, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18, and that on September 20, 2021, I caused to be served true and correct copies of the *Notice of Pleadings, Deadlines to Object, and For Hearings* [Doc. No. 74] (the "**Notice**") by first class United States mail or electronic mail, as indicated, on the following persons or entities at the addresses stated:

Office of the United States Trustee
362 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Roger Carroll Burgess
2612 Leland Drive
Augusta, GA 30909

Wendy C. Elsey
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

Peter de law Cerda
Freese & Goss
3031 Allen Street, Suite 200
Dallas, TX 75204

Jeremy Shafer
J.Shafer Law
1010 Turquoise Street, Suite 201
San Diego, CA 92109

This is to certify further that on September 20, 2021, I, Michael J. Bargar, caused to be served copies of the *Notice* by first class United States Mail, postage prepaid, on all of those entities set forth on Exhibit "A" at the addresses stated.

17097987v1

This 20th day of September, 2021.

                              ARNALL GOLDEN GREGORY LLP
                              *Attorneys for Trustee*

                              By: */s/ Michael J. Bargar*
                                  Michael J. Bargar

171 17th Street NW, Suite 2100         GA Bar No. 645709
Atlanta, Georgia 30363-1031           michael.bargar@agg.com
(404) 873-7030

17097987v1

**EXHIBIT "A" FOLLOWS**

17097987v1

```
Label Matrix for local noticing     AMERICAN MINT                      ANKLE & FOOT CENTER OF GA
113E-1                              P O BOX 10                         #205
Case 17-64941-sms                   MECHANICSBURG, PA 17055-0010       1975 HWY 54 WEST
Northern District of Georgia                                           PEACHTREE CITY, GA 30269-4794
Atlanta
Mon Sep 20 11:44:29 EDT 2021

ANKLE AND FOOT CNTER OF GA          ATLANTA DIABETES ASSC.             ATLANTA INSITUTE FOR ENT PC
SITE 205                            SUITE 450                          STE 1280
1975 HWY 54 WEST                    1800 HOWELL MILL ROAD              5670 PEACHTREE DUNWOODY RD,
PEACHTREE CITY, GA 30269-4794       ATLANTA GA 30318-2508              ATLANTA, GA 30342-4792


ATLANTA INSITUTE FOR ENT PC         AUTOSTAR ACCEPTANCE                AUTOSTAR ACCEPTANCE
SUITE 1280                          SUITE 200                          SUITE 200
5670 PEACHTREE DUNWOODY RD,         3124 N. DECATUR ROAD               3124 N. DECATUR ROAD
ATLANTA, GA 30342-4792              SCOTTDALE,GA 30079-1115            SOTTDALE,GA 30079-1115


Atlanta Diabetes Associates         BERKS CREDIT COLLECTION            BERKS CREDIT COLLECTIONS
1800 Howell mill rd, ste. 450       P O BOX 329                        P O BOX 329
Atlanta, GA 30318-2508              TEMPLE, PA 19560-0329              TEMPLE, PA 19560-0329


BFC                                 BFC LEGAL DEPT                     Michael J. Bargar
P O BOX 15906                       P O BOX 15906                      Arnall Golden Gregory, LLP
SAVANNAH, GA 31416-2606             SAVANNAH, GA 31416-2606            Suite 2100
                                                                       171 17th Street, N.W.
                                                                       Atlanta, GA 30363-1031


Roger Carroll Burgess               CAPIO PARTNERS                     CARLOS BASTO
2612 Leland Drive                   SUITE 150                          1904 MANNOR OAK LANE
Augusta, GA 30909-8410              2222 TEXOMA PARKWAY                BUFFORD, GA 30519-6505
                                    SHERMAN, TX 75090-2481


CARLOS BASTO                        CARLOS BASTO                       CENTRAL CREDIT SERVICES
1904 MANOR OAK LN                   1904 MANNOR OAL LANE               SUITE 602
BUFFORD, GA 30519-6505              BUFFORD, GA 30519-6505             9550 REGENCY SQ.
                                                                       JACKSONVILLE, FL 32225-8169


CENTRAL CREIT SERVICES              CERTEGY CHECK SYSTEMS              CHRYSLER CREDIT
SUITE 602                           P O BOX 30296                      ATTENTION: BANKRUPTCY DEPT
9550 REGENCY SQ.                    TAMAPA, FL 33630-3296              P O BOX 961278
JACKSONVILLE, FL 32225-8116                                            FT. WORTH , TX 76161-0278


CREDIT MANAGEMENT LP                CYBRCOLLECT                        Peter de la Cerda
4200 INTERNATIONAL PARKWAY          SUITE 101                          Freese & Goss
CARROLLTON, TX 75007-1912           2350 SOUTH AVE                     Suite 1100
                                    LA CROSSE, WI 54601-6272           3500 Maple Ave.
                                                                       Dallas, TX 75219-3905


DANBURY MINT                        DANBURY MINT                       DEKALB COUNTY MAGISTRATE COURT
47 RICHARDS AVE                     47 RICHARDS AVE                    DeKalb County Courthouse
NORWALK, CT 06857-0001              NORWICK, CT 06857                  535 N. McDonough STREET
                                                                       Decatur, GA 30030-3309
```

```
EMERGENT LLC                          ENHANCED RECOVERY CO                  Wendy C. Elsey
P O BOX 116151                        P O BOX 57547                         Matthews & Associates
ATLANTA, GA 30368-6151                JACKSONVILL, FL 32241-7547            2905 Sackett Street
                                                                            Houston, TX 77098-1127



FAROSST ARNETT                        FIGIS                                 (p)FROST ARNETT
P O BOX 198988                        P O BOX 77001                         BANKRUPTCY DEPARTMENT
NASHVILLE, TN 37219-8988              MADISON, WI 53707-1001                PO BOX 198988
                                                                            NASHVILLE TN 37219-8988



FROSTT & ARNETT                       FUSSION SLEEP                         Figi's Gifts
P O BOX 198988                        1100 Johnson Ferry Road NE,           c/o Creditors Bankruptcy Service
NASHVILLE, TN 37219-8988              Building 1, Suite 420                 P.O. Box 800849
                                      Atlanta, GA 30342-1709                Dallas, TX 75380-0849



Fred And Maxine Jones                 GLOBEL PAYMENTS                       GWINNETT MEDICAL CENTER
PO Box 1499                           P O BOX 661158                        P O BOX 102807
Lithonia, GA 30058-1007               CHICAGO, IL 60666-1158                ATLANTA, GA 30368-2807



HAVERTY                               HAVERTYS                              S. Gregory Hays
P O BOX 37414-0887                    P O BOX 37414-0887                    Hays Financial Consulting, LLC
CHATTNOOGA, TN 37414                  CHATTNOOGA, TN 37414                  Suite 555
                                                                            2964 Peachtree Road
                                                                            Atlanta, GA 30305-4909



I.C. SYSTEM                           I.C. SYSTEM                           KAWAN WILLIAMS
P O BOX 64378                         P O BOX 64378                         7453 EDENBERRY WAY
SAINT PAUL, MN 55164-0378             ST. PAUL, MN 55164-0378               LITHONIA, GA 30058-9077



MEDICAL CENTER OF CONYERS             MEDTRONIC                             NATIONAL EMS
1445 OLD McDonough HWY, SE.           13019 COLLECTION CENTER DRIVE         P O BOX 1289
CONYERS, GA 30094-5977                CHICAGO, IL 60693-0130                CONYERS, GA 30012-1289



NATIONAL RECOVERY AGANCY              NATIONAL RECOVERY AGENCY              NPAS
2491 PAXTON STREET                    2491 PAXTON STREET                    P O BOX 99008
HARRIASBURG, PA 17111-1036            HARRISBURG, PA 17111-1036             BEDFORD, TX 76095-9108



NRA                                   NSA                                   ONLINE COLLECTIONS
2491 PAXTON STREET                    270 SPAGNOLI ROAD                     PO  BOX 1489
HARRISBURG, PA 17111-1036             MELVILLE, NY 11747-3516               WINTERVILLE, NC 28590-1489



Office of the United States Trustee   Orion                                 PAYLIANCE
362 Richard Russell Building          c/o PRA Receivables Management, LLC   SUITE 210
75 Ted Turner Drive, SW               PO Box 41021                          3 EASTON OVAL
Atlanta, GA 30303-3315                Norfolk, VA 23541-1021                COLUMBAS,OH 43219-6011
```

| | | |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | David R. Passino * (T)<br>The Passino Firm, LLC<br>Suite 301<br>11180 State Bridge Road<br>Alpharetta, GA 30022-7483 | ROCKDALE MEDICAL CENTER<br>P O BOX 630957<br>CINCINNATI, OH 45263-0957 |
| ROOMS TO GO<br>P O BOX 2107<br>SEFFNER, FL 33583-2107 | SCANNA ENERGEY MARKETING<br>SUITE 2150<br>3344 PEACHTREE ROAD, NE<br>ATLANTA, GA 30326-4808 | SCANNA ENERGY MARKETING<br>STE 2150<br>3344 PEACHTREE ROAD, NE<br>ATLANTA, GA 30326-4808 |
| STANISLAUS CREDIT CENTRAL<br>914 14TH STREET<br>MODESTO, CA 95354-1011 | STNTER RESOURCES GROUP<br>P O BOX 63427<br>N. CHARLSTON, SC 29419 | SUNRISE CREDIT SERVICES<br>P O BOX 9100<br>FRAMINDALE, NY 11735-9100 |
| SYNTER RESOURCES GROUP<br>P O BOX 63427<br>N. CHARLSTON, SC 29419 | Jeremy C. Shafer<br>Monroe Law Group<br>Suite 104607<br>7668 El Camino Real<br>Carlsbad, CA 92009-7932 | Shawna Staton<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | TRANSWORLD SYSTEMS<br>9525 SWEET VALLEY DRIVE<br>VALLEY VIEW, OHIO 44125-4237 | TRANSWORLD SYSTEMS<br>SUITE 514<br>500 VIRGINIA DRIVE<br>FT. WASHINGTON, PA 19034-2733 |
| TRANSWORLD SYSTEMS, INC<br>SUITE 514<br>500 VIRGININA DRIVE<br>FT. WASHINGTON, PA 19034-2733 | TRIDENT ASSET MANAGEMENT<br>P O BOX 888424<br>ATLANTA, GA 30356-0424 | TRIDENT ASSET MANAGEMENT<br>SUITE 440<br>53 PERIMETER CTR EAST<br>ATLANTA, GA 30346-2230 |
| TRIDNET ASSET MANAGEMENT<br>SUITE 440<br>53 PERIMETER CENTER EAST<br>ATLANTA, GA 30346-2230 | VOSS & KLEIN, LLC<br>SUITE 316<br>49 N. FEDERAL HIGHWAY<br>POMPANO BEACH, FA 33062-4304 | WALTON PULMONARY<br>101 TARA COMMONS DRIVE<br>LOGANVILLE, GA 30052-8018 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FORST ARNETT COMPANY
P O BOX 198988
NASHVILLE, TN 37219

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Fred And Maxine Jones              (u)Frederick Jones                    (d)ROCKDALE MEDICAL CENTER
PO Box 1499                                                                 P O BOX 630957
Lithonia, GA 30058-1007                                                     CINCINNATI, OH 45263-0957


(d)TRANSWORLD SYSTEMS INC             (d)TRANSWORLD SYSTEMS, INC            End of Label Matrix
SUITE 514                             9525 SWEET VALLEY DRIVE               Mailable recipients    80
500 VIRGINIA DR                       VALLEY VIEW, OHIO 44125-4237          Bypassed recipients     5
FT. WASHINGTON, PA 19034-2733                                               Total                  85
```