**IT IS ORDERED as set forth below:**

**Date: October 18, 2021**



_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-64941-SMS |
| ROGER CARROLL BURGESS, | : | CHAPTER 7 |
| Debtor. | : | |

**ORDER APPROVING SETTLEMENT
OF PRODUCT LIABILITY CLAIM AND GRANTING AUTHORITY TO MAKE
CERTAIN PAYMENTS IN ACCORDANCE WITH SAME**

On September 17, 2021, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Roger Carroll Burgess ("**Debtor**"), filed his *Motion for Approval of Settlement of Product Liability Claim under Rule 9019 of the Federal Rules of Bankruptcy Procedure and Request to Make Certain Payments in Accordance with Same* [Doc. No. 72] (the "**Settlement Motion**").

17244154v1

In the Settlement Motion, Trustee seeks approval of a settlement (the "**Settlement**") of a certain product liability litigation claim of the Estate with a payment of $115,530.95, gross, which after payment of various liens, expenses (including special counsel's attorney's fees and expenses, if so awarded), and Debtor's claimed Exemption[1] will result in a net of approximately $27,000.00 coming into the Estate.

On September 20, 2021, Trustee filed *Notice of Pleadings, Deadlines to Object, and for Hearings* [Doc. No. 74] (the "**Notice**") regarding, among other things, the Settlement Motion, in accordance with General Order No. 24-2018 and setting a hearing on the Settlement Motion on October 20, 2021 (the "**Hearing**"). Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on September 20, 2021. [Doc. No. 75].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018. No objection to the Settlement Motion was filed prior to the objection deadline provided in the Notice. No creditor or party in interest appeared at the Hearing to voice an objection to the relief requested in the Settlement Motion.

The Court having considered the Settlement Motion and all other matters of record, including the lack of objection to the relief requested in the Settlement Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Settlement Motion, it is hereby

**ORDERED** that the Settlement Motion is **GRANTED**: the Settlement stands **APPROVED**, and the terms set forth in the Settlement Motion are incorporated herein by reference. It is further

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Settlement Motion.

17244154v1

**ORDERED** that Trustee may take any other actions necessary to effectuate the terms of the Settlement and the Settlement Motion, including, without limitation, making, or causing to be made, those requested payments set forth in the Settlement Motion. It is further

**ORDERED** that Trustee is authorized to pay Debtor his allowed Exemption. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

### [END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8500
michael.bargar@agg.com

Identification of entities to be served:

Office of the United States Trustee
362 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Roger Carroll Burgess
2612 Leland Drive
Augusta, GA 30909

Wendy C. Elsey
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

Peter de law Cerda
Freese & Goss
3031 Allen Street, Suite 200
Dallas, TX 75204

17244154v1

Jeremy Shafer
J.Shafer Law
1010 Turquoise Street, Suite 201
San Diego, CA 92109

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

17244154v1