**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: BURGESS, ROGER CARROLL § Case No. 17-64941-SMS
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 08/28/2017. The undersigned trustee was appointed on 08/29/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $      115,530.95

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 8,734.78 |
| Administrative expenses | 57,999.92 |
| Bank service fees | 66.39 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 21,160.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 27,569.86 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 05/05/2021 and the deadline for filing governmental claims was 05/05/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,528.17. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $7,528.17, for a total compensation of $7,528.17[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $104.86 for total expenses of $104.86[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/20/2022                By: /s/ S. Gregory Hays
                                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 17-64941-SMS
**Case Name:** BURGESS, ROGER CARROLL

**For Period Ending:** 01/20/2022

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 08/28/2017 (f)
**§ 341(a) Meeting Date:** 09/28/2017
**Claims Bar Date:** 05/05/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2017 DODGE JOURNEY, 4500 miles<br>Included on original schedules but not on amended schedules. Asset abandoned per Section 554(c) on 8/2/18. | 23,718.00 | 0.00 | OA | 0.00 | FA |
| 2 | WASHER/DRYER COMBO, REFIRGEARTOR,KiTCHENWARE, FURNITURE<br>Asset abandoned per Section 554(c) on 8/2/18. | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 3 | LED 32 TV, CPU & PRINTER, STERO &SPEAKERS<br>Asset abandoned per Section 554(c) on 8/2/18. Asset originally valued by debtor at $1,000 and later amended to $500. | 500.00 | 0.00 | OA | 0.00 | FA |
| 4 | TOOLS AND STORAGE CHEST<br>Included on original schedules but not on amended schedules. Asset abandoned per Section 554(c) on 8/2/18. | 500.00 | 0.00 | OA | 0.00 | FA |
| 5 | EVERYDAY WEAR NO DESINGER ITEMS<br>Asset abandoned per Section 554(c) on 8/2/18. Asset originally valued by debtor at $800 and later amended to $350. | 350.00 | 0.00 | OA | 0.00 | FA |
| 6 | A DIGITAL WATCH<br>Asset abandoned per Section 554(c) on 8/2/18. | 45.00 | 0.00 | OA | 0.00 | FA |
| 7 | INSULIN PUMP<br>Asset abandoned per Section 554(c) on 8/2/18. | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | Deposits of money: Checking account<br>Asset imported in error. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401 (k) or similar plan: GWINNETTE PUBLIC SCHOOL SYSTEM<br>Asset listed on Schedule C of amended schedules (Dkt # 44) but not on Schedule B. It appears debtor intent was to amend the asset value from $3.00 to $4.45. Exemption amount amended. Asset abandoned per Section 554(c) on 8/2/18. | 4.45 | 0.00 | OA | 0.00 | FA |
| 10 | Cash<br>Asset abandoned per Section 554(c) on 8/2/18. Asset originally valued by debtor at $40 and later amended to $20. | 20.00 | 0.00 | OA | 0.00 | FA |
| 11 | Class Action Medical Claim Settlement (u)<br>Asset listed on Schedule C of amended schedules (Dkt # 44) but not on Schedule B. Added to Form 1 based on intent of pro se debtor. Order allowing exemption of $21,160 entered on April 8, 2021, Dkt # 66. | 48,796.25 | 27,636.24 | | 115,530.95 | FA |
| 12 | Security Deposit (u)<br>Asset listed on Schedule C of amended schedules (Dkt # 44) but not on Schedule B. Added to Form 1 based on intent of pro se debtor. This is likely a post petition asset as it was not listed on original schedules. | 1,000.00 | 0.00 | | 0.00 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$79,433.70** | **$27,636.24** | | **$115,530.95** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 17-64941-SMS
**Case Name:** BURGESS, ROGER CARROLL

**For Period Ending:** 01/20/2022

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 08/28/2017 (f)
**§ 341(a) Meeting Date:** 09/28/2017
**Claims Bar Date:** 05/05/2021

**Major Activities Affecting Case Closing:**

8/2/2018 - The case was filed on 8/28/2017. On 11/7/17, Trustee held and concluded the section 341 meeting. On July 2, 2018, the trustee filed a report of no distribution based on information known to him that time and the case was closed as a no asset case on 8/2/2018.

January 2021 - Trustee was contacted by an attorney representing the Debtor in a class action, personal injury claim action claim regarding a proposed settlement and a proposed net payment to the Debtor.

1/21/21 - An order was reopened the case and Trustee was reappointed on 2/2/2021.

4/8/21 - An order was entered approving the Trustee's objection to the Debtor's exemption in the personal injury claim.

11/15/21  Application to Employ HFC filed, proposed Order uploaded

5/13/21 - An order was entered approving the Trustee's application to employ special counsel in the personal injury claim.

7/14/21 - The settlement terms including liens and expenses have been resolved and the Trustee anticipates filing a motion requesting authority to approve the settlement.

**Initial Projected Date Of Final Report (TFR):** 07/02/2018      **Current Projected Date Of Final Report (TFR):** 01/20/2022

| 01/20/2022 | /s/S. Gregory Hays |
|---|---|
| Date | S. Gregory Hays |

UST Form 101-7-TFR (5/1/2011)

Form 2  
Exhibit B

## Cash Receipts And Disbursements Record

Page: 1

| | |   | | |
|---|---|---|---|---|
| **Case No.:** | 17-64941-SMS | **Trustee Name:** | S. Gregory Hays (300320) | |
| **Case Name:** | BURGESS, ROGER CARROLL | **Bank Name:** | East West Bank | |
| **Taxpayer ID #:** | **-***2517 | **Account #:** | ******0449 Checking | |
| **For Period Ending:** | 01/20/2022 | **Blanket Bond (per case limit):** | $31,475,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/15/21 | | Matthews & Associates IOLTA | Settlement approved per Order Approving Settlement Of Product Liability Claim, Dkt # 77 | 27,636.25 | | 27,636.25 |
| | {11} | Matthews & Associates | Settlement approved per Order Approving Settlement Of Product Liability Claim, Dkt # 77  $115,530.95 — 1242-000 | | | |
| | | | Common Benefit Attorney Fees paid Per Order, Dkt # 76.  -$16,751.99 — 3991-000 | | | |
| | | Matthews & Associates | Attorney Fees awarded per Order, Dkt # 76  -$13,257.18 — 3210-000 | | | |
| | | Freese & Goss | Attorney Fees awarded per Order, Dkt # 76  -$13,257.17 — 3210-000 | | | |
| | | J. Shafer Law | Attorney Fees awarded per Order, Dkt # 76  -$2,946.04 — 3210-000 | | | |
| | | Matthews & Associates | Attorney Expenses awarded per Order, Dkt # 76  -$5,335.99 — 3220-000 | | | |
| | | | MDL Expenses per Order, Dkt # 77  -$5,776.55 — 3991-000 | | | |
| | | United Healthcare (Optum) | Medical Lien (Resolved) paid per Order, Dkt # 77  -$8,734.78 — 4220-000 | | | |
| | | | Lien resolution fees and QSF fees paid per Order, Dtk # 77  -$675.00 — 3991-000 | | | |
| | | Roger Carroll Burgess | Exemption paid per Order, Dkt # 77  -$21,160.00 — 8100-002 | | | |
| 11/30/21 | | East West Bank | Bank and Technology Services Fees — 2600-000 | | 20.66 | 27,615.59 |
| 12/31/21 | | East West Bank | Bank and Technology Services Fees — 2600-000 | | 45.73 | 27,569.86 |
| | | **COLUMN TOTALS** | | 27,636.25 | 66.39 | $27,569.86 |
| | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | 27,636.25 | 66.39 | |
| | | Less: Payments to Debtors | | | 21,160.00 | |
| | | **NET Receipts / Disbursements** | | $27,636.25 | -$21,093.61 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-64941-SMS | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | BURGESS, ROGER CARROLL | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***2517 | **Account #:** | ******0449 Checking |
| **For Period Ending:** | 01/20/2022 | **Blanket Bond (per case limit):** | $31,475,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $27,636.25 |
| Plus Gross Adjustments: | $87,894.70 |
| Less Payments to Debtor: | $21,160.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $94,370.95 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0449 Checking | $27,636.25 | -$21,093.61 | $27,569.86 |
| | **$27,636.25** | **-$21,093.61** | **$27,569.86** |

01/20/2022
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 17-64941-SMS        ROGER C. BURGESS

Claims Bar Date: 05/05/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Exemption | Roger Carroll Burgess<br>1601 SUGAR PLUM DRIVE, SW<br>CONYERS, GA 30094<br><8100-000 Exemptions><br>, 100<br>Per Order, Dkt # 66. | Secured<br>07/12/21 | | $21,160.00<br>$21,160.00 | $21,160.00 | $0.00 |
| ADM1 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>01/17/22 | | $7,528.17<br>$7,528.17 | $0.00 | $7,528.17 |
| ADM2 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>07/12/21 | | $104.86<br>$104.86 | $0.00 | $104.86 |
| ADM3 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>07/12/21 | | $5,490.50<br>$5,490.50 | $0.00 | $5,490.50 |
| ADM4 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>07/12/21 | | $9.09<br>$9.09 | $0.00 | $9.09 |
| ADM5 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>07/12/21 | | $1,920.00<br>$1,920.00 | $0.00 | $1,920.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

Case: 17-64941-SMS        ROGER C. BURGESS

Claims Bar Date: 05/05/21

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM6 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>07/12/21 | | $87.34<br>$87.34 | $0.00 | $87.34 |
| ADM7 | Clerk, United States Bankruptcy Court<br>1340 Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br><2700-000 Clerk of the Court Fees><br>, 200<br>Deferred filing fees. See Order, Dkt # 84. | Administrative<br>07/12/21 | | $260.00<br>$260.00 | $0.00 | $260.00 |
| SURPLUS | BURGESS, ROGER CARROLL<br>1601 SUGAR PLUM DRIVE, SW<br>CONYERS, GA 30094<br><8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)><br>, 650 | Unsecured<br>01/17/22 | | $0.00<br>$8,807.50 | $0.00 | $8,807.50 |
| 1 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/11/21 | | $475.25<br>$475.25 | $0.00 | $475.25 |
| 1I | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>01/17/22 | | N/A<br>$26.63 | $0.00 | $26.63 |
| 2 | Figi's Gifts<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/10/21 | | $294.85<br>$294.85 | $0.00 | $294.85 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

Case: 17-64941-SMS        ROGER C. BURGESS

Claims Bar Date: 05/05/21

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 2I | Figi's Gifts<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>01/17/22 | | N/A<br>$16.52 | $0.00 | $16.52 |
| 3 | CARLOS BASTO<br>1904 MANOR OAK LN<br>BUFFORD, GA 30519<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>05/13/21 | | $1,836.12<br>$1,836.12 | $0.00 | $1,836.12 |
| 3I | CARLOS BASTO<br>1904 MANOR OAK LN<br>BUFFORD, GA 30519<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>01/17/22 | | N/A<br>$102.90 | $0.00 | $102.90 |
| 4 | Atlanta Diabetes Associates<br>1800 Howell mill rd, ste. 450<br>Atlanta, GA 30318<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>05/18/21 | | $577.75<br>$577.75 | $0.00 | $577.75 |
| 4I | Atlanta Diabetes Associates<br>1800 Howell mill rd, ste. 450<br>Atlanta, GA 30318<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>01/17/22 | | N/A<br>$32.38 | $0.00 | $32.38 |

Case Total:   $21,160.00   $27,569.86

UST Form 101-7-TFR (5/1/2011)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-64941-SMS
Case Name: ROGER C. BURGESS
Trustee Name: S. Gregory Hays

**Balance on hand:** $ 27,569.86

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 27,569.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 7,528.17 | 0.00 | 7,528.17 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 1,920.00 | 0.00 | 1,920.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 87.34 | 0.00 | 87.34 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |
| Trustee, Expenses - S. Gregory Hays | 104.86 | 0.00 | 104.86 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 5,490.50 | 0.00 | 5,490.50 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 9.09 | 0.00 | 9.09 |

Total to be paid for chapter 7 administrative expenses: $ 15,399.96
Remaining balance: $ 12,169.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,169.90

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 12,169.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $770.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | T Mobile/T-Mobile USA Inc | 475.25 | 0.00 | 475.25 |
| 2 | Figi's Gifts | 294.85 | 0.00 | 294.85 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 770.10 |
| Remaining balance: | $ | 11,399.80 |

Tardily filed claims of general (unsecured) creditors totaling $2,413.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | CARLOS BASTO | 1,836.12 | 0.00 | 1,836.12 |
| 4 | Atlanta Diabetes Associates | 577.75 | 0.00 | 577.75 |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 2,413.87 |
| Remaining balance: | $ | 8,985.93 |

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 8,985.93 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.23% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $178.43. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $8,807.50.

UST Form 101-7-TFR(5/1/2011)