UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ROGER CARROLL BURGESS, | : | CASE NO. 17-64941-SMS |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 1st day of March, 2022.

                                                */s/ S. Gregory Hays*
                                                S. Gregory Hays
                                                Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

| | | |
|---|---|---|
| ATLANTA DIABETES ASSC.<br>SUITE 450<br>1800 HOWELL MILL ROAD<br>ATLANTA, GA 30318-2508 | ATLANTA DIABETES ASSC.<br>SUITE 450<br>1800 HOWELL MILL ROAD<br>ATLANTA, GA 30318-2508 | CENTRAL CREDIT SERVICES<br>SUITE 602<br>9550 REGENCY SQ.<br>JACKSONVILLE, FL 32225-8169 |
| CAPIO PARTNERS<br>SUITE 150<br>2222 TEXOMA PARKWAY<br>SHERMAN, TX 75090-2481 | SYNTER RESOURCES GROUP<br>P O BOX 63427<br>N. CHARLSTON, SC 29419 | BERKS CREDIT COLLECTIONS<br>P O BOX 329<br>TEMPLE, PA 19560-0329 |
| Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363-1031 | T Mobile/T-Mobile USA Inc<br>by American InfoSource<br>as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | PRA Receivables Mgt, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| NSA<br>270 SPAGNOLI ROAD<br>MELVILLE, NY 11747-3516 | Fred And Maxine Jones<br>PO Box 1499<br>Lithonia, GA 30058-1007 | Orion<br>c/o PRA Receivables Mgt, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| CYBRCOLLECT<br>SUITE 101<br>2350 SOUTH AVE<br>LA CROSSE, WI 54601-6272 | HAVERTY<br>P O BOX 37414-0887<br>CHATTNOOGA, TN 37414 | Roger Carroll Burgess<br>2612 Leland Drive<br>Augusta, GA 30909-8410 |
| ATLANTA INSITUTE FOR ENT PC<br>STE 1280<br>5670 Peachtree Dunwoody Rd<br>ATLANTA, GA 30342-4792 | MEDTRONIC<br>13019 Collection Center Dr<br>CHICAGO, IL 60693-0130 | FORST ARNETT COMPANY<br>P O BOX 198988<br>NASHVILLE, TN 37219 |
| TRANSWORLD SYSTEMS, INC<br>9525 SWEET VALLEY DRIVE<br>VALLEY VIEW, OH 44125-4237 | NATIONAL RECOVERY AGENCY<br>2491 PAXTON STREET<br>HARRISBURG, PA 17111-1036 | David R. Passino * (T)<br>The Passino Firm, LLC<br>Suite 301<br>11180 State Bridge Rd<br>Alpharetta, GA 30022-7483 |
| HAVERTYS<br>P O BOX 37414-0887<br>CHATTNOOGA, TN 37414 | Dekalb County Magistrate Court<br>DeKalb County Courthouse<br>535 N. McDonough STREET<br>Decatur, GA 30030-3309 | STANISLAUS CREDIT CENTRAL<br>914 14TH STREET<br>MODESTO, CA 95354-1011 |
| MEDICAL CENTER OF CONYERS<br>1445 Old McDonough Hwy SE<br>CONYERS, GA 30094-5977 | VOSS & KLEIN, LLC<br>SUITE 316<br>49 N. FEDERAL HIGHWAY<br>POMPANO BEACH,  33062-4304 | ROCKDALE MEDICAL CENTER<br>P O BOX 630957<br>CINCINNATI, OH 45263-0957 |
| ENHANCED RECOVERY CO<br>P O BOX 57547<br>JACKSONVILL, FL 32241-7547 | CREDIT MANAGEMENT LP<br>4200 International Parkway<br>CARROLLTON, TX 75007-1912 | GWINNETT MEDICAL CENTER<br>P O BOX 102807<br>ATLANTA, GA 30368-2807 |

NPAS
P O BOX 99008
BEDFORD, TX 76095-9108

NPAS
P O BOX 99008
BEDFORD, TX 76095-9108

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

ROOMS TO GO
P O BOX 2107
SEFFNER, FL 33583-2107

AMERICAN MINT
P O BOX 10
Mechanicsburg, PA 17055-0010

GLOBEL PAYMENTS
P O BOX 661158
CHICAGO, IL 60666-1158

NATIONAL EMS
P O BOX 1289
CONYERS, GA 30012-1289

Shawna Staton
Office of the US Trustee
362 Richard Russell Building
Atlanta, GA 30303-3315

CHRYSLER CREDIT
ATTN: BANKRUPTCY DEPT
P O BOX 961278
FT. WORTH, TX 76161-0278

ONLINE COLLECTIONS
PO BOX 1489
WINTERVILLE, NC 28590-1489

FUSSION SLEEP
1100 Johnson Ferry Rd NE
Building 1, Suite 420
Atlanta, GA 30342-1709

AUTOSTAR ACCEPTANCE
SUITE 200
3124 N. DECATUR ROAD
SCOTTDALE, GA 30079-1115

FROSTT & ARNETT
P O BOX 198988
NASHVILLE, TN 37219-8988

NRA
2491 PAXTON STREET
HARRISBURG, PA 17111-1036

TRANSWORLD SYSTEMS
SUITE 514
500 VIRGINIA DRIVE
FT. Washington, PA 19034-2733

TRANSWORLD SYSTEMS, INC
SUITE 514
500 VIRGININA DRIVE
FT. Washington, PA 19034-2733

I.C. SYSTEM
P O BOX 64378
SAINT PAUL, MN 55164-0378

TRIDNET ASSET MANAGEMENT
SUITE 440
53 PERIMETER CENTER EAST
ATLANTA, GA 30346-2230

BFC
P O BOX 15906
SAVANNAH, GA 31416-2606

FAROSST ARNETT
P O BOX 198988
NASHVILLE, TN 37219-8988

FIGIS
P O BOX 77001
MADISON, WI 53707-1001

STNTER RESOURCES GROUP
P O BOX 63427
N. CHARLSTON, SC 29419

TRANSWORLD SYSTEMS
9525 SWEET VALLEY DRIVE
VALLEY VIEW, OH 44125-4237

CENTRAL CREIT SERVICES
SUITE 602
9550 REGENCY SQ.
JACKSONVILLE, FL 32225-8116

FROST ARNETT
BANKRUPTCY DEPARTMENT
PO BOX 198988
NASHVILLE, TN 37219-8988

SCANNA ENERGY MARKETING
STE 2150
3344 PEACHTREE ROAD, NE
ATLANTA, GA 30326-4808

PAYLIANCE
SUITE 210
3 EASTON OVAL
COLUMBAS, OH 43219-6011

SUNRISE CREDIT SERVICES
P O BOX 9100
FRAMINDALE, NY 11735-9100

Figi's Gifts
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

KAWAN WILLIAMS
7453 EDENBERRY WAY
LITHONIA, GA 30058-9077

| | | |
|---|---|---|
| BFC LEGAL DEPT<br>P O BOX 15906<br>SAVANNAH, GA 31416-2606 | BFC LEGAL DEPT<br>P O BOX 15906<br>SAVANNAH, GA 31416-2606 | CERTEGY CHECK SYSTEMS<br>P O BOX 30296<br>TAMAPA, FL 33630-3296 |
| DANBURY MINT<br>47 RICHARDS AVE<br>NORWICK, CT 06857 | CARLOS BASTO<br>1904 MANNOR OAK LANE<br>BUFFORD, GA 30519-6505 | EMERGENT LLC<br>P O BOX 116151<br>ATLANTA, GA 30368-6151 |
| ANKLE & FOOT CENTER OF GA<br>#205<br>1975 HWY 54 WEST<br>Peachtree City, GA 30269-4794 | Wendy C. Elsey<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098 | Peter de law Cerda<br>Freese & Goss<br>3031 Allen Street, Suite 200<br>Dallas, TX 75204 |
| Jeremy Shafer<br>J.Shafer Law<br>1010 Turquoise Street<br>Suite 201<br>San Diego, CA 92109 | | |