**IT IS ORDERED as set forth below:**

**Date: April 22, 2022**



_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-64941-SMS |
| | : | |
| ROGER CARROLL BURGESS, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND
PROFESSIONALS OF THE TRUSTEE**

On March 1, 2022, the Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Roger Carroll Burgess, filed applications for payment of compensation in the amount of $7,528.17 and expenses in the amount of $104.86 to the Chapter 7 Trustee [Doc. No. 85-1], compensation in the amount of $5,490.50 and expenses in the amount of $9.09 to Arnall Golden Gregory LLP, the Chapter 7 Trustee's counsel [Doc. No. 85-2], and compensation in the amount of $1,920.00

and expenses in the amount of $87.34 to Hays Financial Consulting, LLC, the Chapter 7 Trustee's accountants [Doc. No. 85-3] (collectively, the "**Fee Applications**").

Also on March 1, 2022, Trustee filed his *Trustee's Final Report (TFR)* [Doc. No. 85] (the "**Trustee's Final Report**") in which he proposed to make certain distributions to creditors, including the above mentioned professionals.

And, again on March 1, 2022, Trustee filed a notice [Doc. No. 86] (the "**Notice**") of the Fee Applications, setting the Fee Applications and Trustee's Final Report for hearing on March 30, 2022 (the "**Initial Hearing**").

Trustee certifies that he served the Notice on all creditors and parties in interest entitled to notice. [Doc. No. 86-1].

No creditor or party in interest filed a response in opposition to the relief requested in the Fee Applications or Trustee's Final Report.

Counsel for Trustee and for Trustee's professionals appeared at the Initial Hearing. Debtor appeared opposing the relief requested in the Fee Applications and Trustee's Final Report. No other creditors or parties in interest appeared to oppose the relief requested in the Fee Applications or Trustee's Final Report.

Following the Initial Hearing, the Court asked Debtor and Trustee to supplement the record with authority for the arguments that they made at the Initial Hearing, and the court continued the Initial Hearing to April 20, 2022 (the "**Continued Hearing**").

On April 4, 2022, Trustee filed his statement of authority [Doc. No. 87] (the "**Statement**"). On April 12, 2022, Debtor filed a response [Doc. No. 88] (the "**Response**") to the Trustee's Statement. And, on April 18, 2022, Trustee filed a reply to the Response [Doc. No. 89] (the "**Reply**").

18059994v1

Trustee and counsel for Trustee and Trustee's professionals appeared at the Continued Hearing. Neither Debtor nor any other party in interest appeared at the Continued Hearing.

The Court having considered all matters of record in this matter, including the Fee Applications, Trustee's Final Report, the Statement, the Response, and the Reply; based on the statements on the record at the Initial Hearing and Continued Hearing; and for all those reasons set forth on the record at the Initial Hearing and the Continued Hearing, and for good cause shown, it is hereby

**ORDERED** that the Fee Applications and Trustee's Final Report are **APPROVED** and this approval is made final. It is further

**ORDERED** that the fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 85-1 | $7,528.17 | $104.86 | $7,633.03 |
| Arnall Golden Gregory LLP, attorneys for Chapter 7 Trustee | 85-2 | $5,490.50 | $9.09 | $5,499.59 |
| Hays Financial Consulting, LLC, accountants for Chapter 7 Trustee | 85-3 | $1,920.00 | $87.34 | $2,007.34 |

It is further

**ORDERED** that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein based on available funds and as expressly set forth in Trustee's Final Report.

**[END OF DOCUMENT]**

18059994v1

Order prepared and presented by:

**ARNALL GOLDEN GREGORY LLP**
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363 / (404) 873-8500

Identification of parties to be served:

Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Roger Carroll Burgess, 2612 Leland Drive, Augusta, GA 30909

S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Rd, NW, Suite 555, Atlanta, GA 30305

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363

18059994v1